UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WALTER LEE MARSHALL | CIVIL ACTION NO. 05-0503-A |
| --- | --- |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for a writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

SIGNED on this 28th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge